In Re STENSLAND'S ESTATE.

STENSLAND, Appellant, v. MUNDT, Respondent.

(256 N. W. 373.)

(File No. 7699.   Opinion filed September 22, 1934.)

*John C. Mundt,* of Sioux Falls, for Appellant.
*W. O. Knight,* of Sioux Falls, for Respondent.

PER CURIAM.   Appellant appeals from an order dismissing an appeal arising out of a will contest.   A careful consideration of the record convinces us that there are no prejudicial errors.

The Judgment and order appealed from are affirmed.

All the Judges concur.

ALLEN, Respondent, v. HUGHES COUNTY, SOUTH DAKOTA, Appellant.

(256 N. W. 372.)

(File No. 7693.   Opinion filed September 22, 1934.)

*Will G. Robinson,* of Pierre, for Appellant.
*Johnson & Johnson,* of Pierre, for Respondent.

PER CURIAM.   This is an appeal from a judgment.   It is our opinion that the findings of fact and conclusions of law support the judgment, and it follows that the judgment should be, and is, affirmed.

All the Judges concur.